UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-23094-CIV-HUCK/DUBÉ

VALERIE S. BUKSCH,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This cause comes before the Court upon Plaintiff's Motion for Attorney's Fees under the Social Security Act (D.E. #32). The Honorable Robert L. Dube, United States Magistrate Judge, issued a Report and Recommendation on the motion, filed June 1, 2009 (D.E. #36), recommending that (1) final judgment be entered in favor of the Plaintiff, that (2) Plaintiff's Motion for Attorney's Fees (D.E. #32) be granted and that counsel for Plaintiff be authorized to collect the fee of $19,488.75 pursuant to counsel's fee agreement with Plaintiff, and that (3) counsel for Plaintiff be ordered to refund to Plaintiff the $7,517.39 previously awarded by the Court under the Equal Access to Justice Act.

    Defendant has not filed an objected to the Report and Recommendation. Therefore, Defendant may not challenge the findings of fact contained in the Report and Recommendation on appeal "except for plain error or manifest injustice." *LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988). This Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, this Court agrees with Judge Dube's Report and Recommendation. Accordingly, it is hereby

    ORDERED that the Report and Recommendation of Magistrate Judge Dube is adopted and made the Order of the District Court. The Court hereby enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's Motion for Attorney's Fees (D.E. #32) is granted and counsel for Plaintiff is ordered to refund to Plaintiff the $7,517.39 previously awarded by the

Court under the Equal Access to Justice Act.

    DONE in Chambers, Miami, Florida, July 2, 2009.

                                                             Paul C. Huck
                                                             United States District Judge

<u>Copies furnished to:</u>
Magistrate Judge Robert L. Dube
Counsel of Record